## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RAY CHARLES SPIVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-cv-503-NJR-DGW |
| | ) | |
| KIMBERLY BUTLER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**WILKERSON, Magistrate Judge:**

Plaintiff Ray Charles Spivey, an inmate at Menard Correctional Center, has brought this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983.  By order dated June 27, 2013, Plaintiff was granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 (Doc. 7).  Plaintiff was assessed an initial partial filing fee of $11.19.  The initial partial payment of $11.19 was received on August 6, 2013.  The remainder of the $350.00 filing fee was to be collected pursuant to Section 1915(b)(2), which directs prison officials to collect 20% of the preceding month's income, each time the prisoner's account exceeds $10.00.

In the instant motion (Doc. 97), Plaintiff alleges that the Illinois Department of Corrections is deducting more than 20% of his preceding month's income, withholding payment of funds, and only "posting" what they want.  Plaintiff attached a copy of his prison trust fund account to his motion that evidences two disbursements to the Court on July 7, 2016 in the amounts of $25.00 and $15.00; however, it is not clear whether these funds were taken out for the instant matter.  Plaintiff asks this Court to clarify when and how Plaintiff's money shall be taken out of his inmate trust fund account in accordance with the IFP order and to direct the institution where he is housed to follow the provisions of the IFP order.

Collection of filing fees in prisoner civil cases is governed by 28 U.S.C. § 1915(b), which

provides:

> (1)The court shall assess and, when funds exist, collect, as a partial
> payment of any court fees required by law, an initial partial filing
> fee of 20 percent of the greater of–
>
> > (A) the average monthly deposits to the prisoner's
> > account; or
> > (B) the average monthly balance in the prisoner's
> > account for the 6-month period immediately
> > preceding the filing of the complaint or notice of
> > appeal.
>
> (2) After payment of the initial partial filing fee, the prisoner shall
> be required to make monthly payments of 20 percent of the
> preceding month's income credited to the prisoner's account.  The
> agency having custody of the prisoner shall forward payments
> from the prisoner's account to the clerk of the court each time the
> amount in the account exceeds $10 until the filing fees are paid.

**IT IS THEREFORE ORDERED** that, for these reasons stated, Plaintiff's motion to

order prison to follow court order (Doc. 97) is **GRANTED to the extent** that the Court has

reiterated the statutory method of collection.

**IT IS FURTHER ORDERED** that a copy of this order shall be sent by the Clerk of

Court to the Warden and the Trust Fund Officer of Menard Correctional Center.  Payments

toward filing fees must be collected in the manner prescribed by 28 U.S.C. § 1915(b) and as

ordered by the Court.  Disregarding a court order may result in sanctions.

**IT IS SO ORDERED.**

**DATED: August 11, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**